IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JUANITO CAMPOS,

    Plaintiff,

v.                                         Case No. 4:21-cv-90

                                            Notice of Appearance

ALLIANCE GLOBAL GROUP, LLC.,

    Defendant.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Whitney M. DuPree, Esquire, of Spire Law, LLC, as counsel of record for the Defendant, Alliance Global Group, LLC.

Dated this 13th day of July, 2021.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Whitney M. DuPree*
Whitney M. DuPree, Esq.
Georgia Bar No. 880909
whitney@spirelawfirm.com
ashwin@spirelawfirm.com
sarah@spirelawfirm.com

Attorney for Defendant | Alliance Global Group, LLC.